# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 2:17-cr-00221-JAD-GWF |
| RUSHARD BURTON, | **ORDER** |
| Defendant. | |

Before the Court is Defendant Burton's Motion to Modify Conditions of Pretrial Release (ECF No. 78).

IT IS HEREBY ORDERED that any opposition to Defendant Burton's Motion to Modify Conditions of Pretrial Release (ECF No. 78) must be filed on or before January 5, 2018. No reply necessary.

DATED this 29th day of December, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE