# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RUSHARD BURTON,<br><br>        Defendants. | 2:17-cr-00221-JAD-GWF<br><br>**ORDER** |

Before the Court is Defendant Burton's Motion to Modify Conditions of Pretrial Release (ECF No. 78).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendant Burton's Motion to Modify Conditions of Pretrial Release (ECF No. 78) is scheduled for 10:00 AM, January 19, 2018, in Courtroom 3D.

DATED this 9th day of January, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE