# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00221-JAD-GWF |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR RUSHARD BURTON (ID#) 02888298 |
| vs. | |
| RUSHARD BURTON, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **RUSHARD BURTON** before the United States District Court at Las Vegas, Nevada, on or about October 22, 2018, at the hour of 10:30 a.m. for a motion hearing, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: October 19, 2018

_____
UNITED STATES MAGISTRATE JUDGE