# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RUSHARD BURTON,<br><br>　　　　Defendant. | 2:17-cr-00221-JAD-EJY<br><br>**ORDER** |

　　　Before the court is Defendant's Withdrawal of Motion to Revoke Detention Order (ECF No. 172).

　　　Accordingly,

　　　IT IS HEREBY ORDERED that hearing on the motion to revoke detention order scheduled for 10:00 AM, August 27, 2019, is VACATED.

　　　DATED this 26th day of August, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE