UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUSHARD BURTON AND KEJON WARD,<br><br>Defendants. | Case No. 2:17-cr-00221-JAD-EJY<br><br>**ORDER** |

Pending before the Court is Defendant Rushard Burton's Motion for Copy of Updated Docket Sheet (ECF No. 273). Defendant is represented by counsel who is able to provide the information Defendant requests. Further, because Defendant is represented by counsel, he may not appear or act in this case except through his counsel. LR IA 11-6(a).

Accordingly, and for the reasons stated above, IT IS HEREBY ORDERED that Defendant's Motion for Copy of Updated Docket Sheet, ECF No. 273, is DENIED.

Dated this 6th day of August, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1