BEN NADIG
LAW OFFICE OF BENJAMIN NADIG, CHTD.
Nevada State Bar No. 9876
228 South 4th Street, 3rd Floor
Las Vegas, NV 89101
P: (702) 545-7592
F: (702) 825-2683
*Attorney for Rushard Burton*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUSHARD BURTON,<br><br>Defendant. | Case No.: 2:17-CR-00221-JAD-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING (First Request)** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the United States of America, Christopher Burton, Assistant United States Attorney, together with Ben Nadig, counsel for defendant Rushard Burton, that the sentencing in the above-captioned matter currently scheduled for Monday, December 6, 2021, at the hour of 2:00 p.m., be vacated and set to a date and time convenient to this Court, but no sooner than 30 days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. The Defendant is in custody and does not object to the continuance.

2. Undersigned counsel needs additional time to prepare for Defendant's sentencing.

3. The additional time requested herein is not sought for the purposes of delay. But merely to allow counsel for Defendant sufficient time within which to be able to effectively and complete the sentencing analysis and memorandum.

4. The parties agree to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is made in good faith and not for the purposes of delay.

This is the first request for continuance filed herein.

DATED this 2nd day of December, 2021.

_/s/_____
BEN NADIG
Counsel for Defendant
Rushard Burton

_/s/_____
Christopher Burton
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>   vs.<br><br>RUSHARD BURTON,<br><br>        Defendant. | Case No.: 2:17-cr-00221-JAD-EJY<br><br>**ORDER** |

The ends of justice served by granting said continuance outweigh the best interest of the pubic and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties here in sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

**IT IS THEREFORE ORDERED** that sentencing in the above-captioned matter currently scheduled for December 6, 2021 at 2:00 p.m., be vacated and continued to January 24, 2022, at 2:00 p.m.

DATED this 2nd day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE